BERTHA MILES, as Administratrix of the Estate of FLOYD R. MILES, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Appeal — order of Appellate Division affirming order of Trial Term setting aside verdict and granting new trial — appeal therefrom dismissed.*

*Miles* v. *N. Y. Central R. R. Co.*, 195 App. Div. 748, appeal dismissed. (Argued May 1, 1922; decided May 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered entered January 29, 1921, which affirmed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial.

*Charles A. Hitchcock* for appellant.
*Warnick J. Kernan* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.